
FILED
AUG 1 4 2019
Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:19CR 188<br>Judge Mazzant |
| RAHUL RAMESH JOSHI | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

> Violation: 18 U.S.C. § 875(c) (Sending threatening communications to injure another, interstate or foreign commerce)

In or about the December 2018 up to and including August 14, 2019, in the Eastern District of Texas, the defendant, **Rahul Ramesh Joshi**, knowingly and willfully did transmit in interstate and foreign commerce from the State of Texas to the States of Pennsylvania, Maryland, and Massachusetts via an electronic device to B.Z., T.S., and P.W. The communication contained a threat to injure B.Z., T.S., and P.W., specifically a threat to slash the victims' throats, and to kill them.

In violation of 18 U.S.C. § 875(c).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds

obtained directly or indirectly from the offenses, including but not limited to the following:

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

*[signature]*
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

*[signature]*

ERNEST GONZALEZ
Assistant United States Attorney

8/13/19
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | No. 4:19CR 188 |
| | § | Judge Mazzant |
| RAHUL RAMESH JOSHI | § | |

## Count One

Violation:   18 U.S.C. § 875(c)

Penalty:   Imprisonment of not more than five years or receive a fine in the amount of $250,000, or both; a term of supervised release for not more than three years.

Special Assessment:   $100.00